043769/12058/JAF/KMS

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINE TOLBERT,<br><br>      Plaintiff,<br><br>v.<br><br>ADIDAS NORTH AMERICA, INC.,<br><br>      Defendants. | Case No. |

## NOTICE AND PETITION FOR REMOVAL TO FEDERAL COURT

Defendant, ADIDAS NORTH AMERICA, INC. ("Adidas"), by its attorney, Keith M. St. Aubin of CASSIDAY SCHADE LLP, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes this lawsuit from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division. In support of its Notice and Petition for Removal, Defendant states as follows:

    1.    The grounds for Defendant's Notice of Removal is subject matter jurisdiction based on diversity of citizenship as established in 28 U.S.C. § 1332.

    2.    Plaintiff, CHRISTINE TOLBERT, filed a Complaint at Law in the Law Division of the Circuit Court of Cook County, Case No. 18 L 001886, on February 21, 2018. (See the Complaint attached hereto as **Exhibit A).**

    3.    Adidas was served with the Summons and Complaint on April 13, 2018. (See Summons attached as **Exhibit B**). This Notice and Petition for Removal is filed within thirty (30) days after service of the Complaint pursuant to 28 U.S.C. § 1446.

4. Plaintiff alleges in her Complaint that she sustained severe and permanent injuries and suffered great pain and anguish following a fall on February 23, 2016, at an Adidas retail store in Chicago, Illinois. (See **Exhibit A**).

5. On May 9, 2018, counsel for Defendant, Adidas, spoke with counsel for Plaintiff, CHRISTINE TOLBERT, who advised that Plaintiff's claimed damages include a torn meniscus that required surgical repair. In addition, counsel for Plaintiff stated that the claimed damages are in excess of $75,000.00. (See E-Mail Correspondence from May 9, 2018, attached as **Exhibit C**)

6. Upon information and belief, at the time this action was commenced, and since then, Plaintiff has been a citizen of the State of Illinois.

7. Adidas is a foreign corporation with its principal place of business in Portland, Oregon. (See Oregon Secretary of State Business Registry Business Name Search, attached as **Exhibit D**).

8. Therefore, complete diversity of citizenship exists among the Parties.

9. Based on the foregoing, this court has subject matter jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332(a) because this is a civil action, in which the amount in controversy exceeds $75,000.00, and all parties are citizens of different states.

10. As required by 28 U.S.C. § 1446(d), Defendant will promptly serve upon Plaintiff's counsel, and file with the Clerk of the Circuit Court of Cook County, a true and correct copy of the Notice of Removal.

11. By removing this action, Defendant does not waive any defenses available to it.

12. In the unlikely event that any question arises as to the propriety of the removal of this action, Defendant requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

13. This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

14. Attached are copies of the Complaint and Summons. These documents are all of the pleadings, process and orders that have been served on Defendant Adidas.

WHEREFORE, Defendant, ADIDAS NORTH AMERICA, INC., prays that this cause be removed to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Keith M. St. Aubin
One of the Attorneys for Defendant, ADIDAS NORTH AMERICA, INC.

Keith M. St. Aubin | 6324698
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
kstaubin@cassiday.com

8845839